FILED
U.S. DISTRICT COURT
EASTERN DISTRICT O...

2005 NOV 10  A 11: 58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**DOMINIC LEBOUEF**                           **CIVIL ACTION**

**VERSUS**                                    **NO. 05-0778**

**BURL CAIN**                                 **SECTION "T"(5)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion herein

. Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Dominic LeBouef is **DISMISSED** without prejudice.

Houma, Louisiana, this 9th day of November, 2005.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____