UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOMINIC LEBOUEF                           CIVIL ACTION

VERSUS                                    NUMBER: 05-0778

BURL CAIN                                 SECTION: "T"(5)


O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Dominic LeBouef is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 29th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____